```
DUPLICATE

Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611020320
Cashier ID: bucklem
Transaction Date: 06/17/2008
Payer Name: joanne c smith
----------------------------------
WRIT OF HABEAS CORPUS
 For: roger d sundberg
 Case/Party: D-CAN-3-08-CV-002709-001
 Amount:        $5.00
----------------------------------
CHECK
 Check/Money Order Num: 3416
 Amt Tendered: $5.00
----------------------------------
Total Due:      $5.00
Total Tendered: $5.00
Change Amt:     $0.00

si


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.
```

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

Dear Sir or Madam:

CV 08 2709

Your petition has been filed as civil case number _____.

A filing fee of $5.00 is now due. If you are unable to pay the entire filing fee at this time, you (PR) must sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety. If the application is granted, you will not have to prepay the fee.

Your petition is deficient because you did not pay the filing fee and:

1. ✓ you did not file an In Forma Pauperis Application.

2. ____ the In Forma Pauperis Application you submitted is insufficient because:

   ____ You did not use the correct form. You must submit this court's current Prisoner's In Forma Pauperis Application.

   ____ Your In Forma Pauperis Application was not completed in its entirety.

   ____ You did not sign your In Forma Pauperis Application.

   ____ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

   ____ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

   ____ Other _____

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

CV 08 2709
SI (PR)

OND TO THIS NOTICE. If you do not respond within
ng date stamped above, your action will be DISMISSED, the
; fee will become due immediately. Filing a Prisoner's In
vill allow the court to determine whether prepayment of the

Sincerely,
RICHARD W. WIEKING, Clerk,

By_____
           Deputy Clerk

SUNDBERG

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES